JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SoCal IP Law Group LLP

        Plaintiff,

v.

Bruchim et al

        Defendants.

Case No.  CV 15-00966-AB (MRWx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 7, 2016        _____

                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT COURT JUDGE

1.